■ In the Matter of JAMES GANT, Respondent, v SHEILA CHAMBLISS, Appellant. [926 NYS2d 918]—

"Custody determinations are ordinarily a matter of discretion for the hearing court, whose determination will not be set aside on appeal unless it lacks a sound and substantial basis in the record" (*Matter of Ortiz v Maharaj*, 8 AD3d 574, 574 [2004]). Here, there was a sound and substantial basis for the Family Court's denial of the mother's petition to modify a prior order of custody dated October 24, 1996 (*see Matter of Reyes v Alvarado*, 50 AD3d 1152 [2008]). " 'Modification of an existing custody or visitation arrangement is permissible only upon a showing that there has been a change in circumstances such that a modification is necessary to ensure the continued best interests and welfare of the child' " (*Matter of Mazzola v Lee*, 76 AD3d 531, 531 [2010], quoting *Matter of Leichter-Kessler v Kessler*, 71 AD3d 1148, 1148-1149 [2010]). The evidence in the record amply supported the Family Court's determination that the circumstances did not warrant a modification.

The Family Court's determination that supervised visitation by the mother would be in the child's best interests also had a sound and substantial basis in the record (*see Matter of Lorraine D. v Widmack C.*, 79 AD3d 745, 745-746 [2010]; *Matter of Anwar v Sani*, 78 AD3d 827 [2010]). Angiolillo, J.P., Dickerson, Hall and Roman, JJ., concur.